■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO MARTE, Appellant. [944 NYS2d 712]—An appeal having been taken to this Court by the above-named appellant from a judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about April 6, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Andrias, Renwick, DeGrasse and Abdus-Salaam, JJ.